UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-50321-JRS |
| | ) | |
| TIA RENEA BENNETT, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE SACCA |
| | ) | |

**TRUSTEE'S SUPPLEMENT TO APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL AND REQUEST FOR AUTHORIZATION TO PAY COMPENSATION**

COMES NOW, Neil C. Gordon, Chapter 7 Trustee for the bankruptcy estate of Tia Renea Bennett (the "**Bankruptcy Estate**") and files this *Supplement to Trustee's Application for Compensation of Special Counsel* (the "**Supplement**") seeking allowance of compensation for $15,000.00, along with reimbursement of out-of-pocket expenses in the amount of $437.20, pursuant to Fed. R. Bankr. P. 2016, and shows the Court as follows:

1. Prior to the Petition Date on February 6, 2024, The Law Offices of Julian Sanders & Associates, LLC (collectively, "**Special Counsel**") were retained by Debtor to handle the personal injury lawsuit.

2. On January 5, 2026, Trustee filed his *Application for Compensation of Special Counsel and Request for Authorization to Pay Compensation* [Doc. No. 31] (the "**Application**"). However, at the time the Application was filed, Special Counsel had not determined its out-of-pocket expenses.

3. Accordingly, Trustee files this Supplement seeking approval and authority to also pay reimbursement of out-of-pocket expenses in the amount of $437.20. An itemized

and supporting documents for all out-of-pocket expenses are attached hereto and incorporated herein by referenced, marked as Exhibit "A."

**REQUEST FOR AUTHORITY TO PAY REIMBURSMENT OF EXPENSES**

4. Trustee requests that this Court grant the Supplement and authorize Trustee to pay reimbursement of out-of-pocket expenses to Special Counsel in the amount of $437.20.

WHEREFORE, Trustee prays that the Court grant the Supplement, award the requested compensation, and grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

TAYLOR DUMA LLP
*Attorneys for Trustee*

By: *<u>/s/ Neil C. Gordon</u>*
Neil C. Gordon
Georgia Bar No. 302387
1600 Parkwood Circle, SE
Suite 200
Atlanta, GA 30339
Phone: (404) 640-5917
Email: *ngordon@taylorduma.com*

**EXHIBIT "A" FOLLOWS**

**THE LAW OFFICES OF JULIAN SANDERS & ASSOCIATES, LLC**

ATTORNEYS AT LAW
3560 LENOX RD. NE, SUITE 1500
ATLANTA, GA 30326

JULIAN@JULIANSANDERSLAW.COM

**Attorney:**
**Julian L. Sanders**

**Telephone: 678.705.9581**
**Facsimile: 678.705.4788**

## ITEMIZED LIST OF BILLS FOR TIA BENNETT

- The Records Company – $ 237.20
- Even Up Demand Letter - $ 200.00

TOTAL: $ 437.20

EvenUp

EvenUp Inc.
548 Market St
PMB 69706
San Francisco, California 94104

# Individual Work Statement

THIS IS NOT A BILL

PREPARED FOR:
THE LAW OFFICES OF JULIAN LEWIS SANDERS & ASSOCIATES, LLC
3560 Lenox Rd NE Ste 1500
Atlanta GA, 30326

For services rendered for the case of:
Tia Bennett (02/06/2024)

Ph. +1 855-572-6337

| NAME | PRICE | QTY | OVERAGE FEE<br>EXCESS PAGES, ADDITIONAL CLAIMANTS, OR REVISION | SUBTOTAL |
|---|---|---|---|---|
| Simple Demand<br>A shortened demand that concentrates on key elements such as diagnoses, positive objective test results, invasive treatments, and past medical expenses. | $100.00 | 1 | $100.00 | $200.00 |
| | | | Total | $200.00 |

This statement reflects services completed by EvenUp Inc. as of: 11/26/2024

If you see any issues with this statement, please reach out to support@evenuplaw.com.

# BILLING STATEMENT

Your Client: Tia, Bennett,

**The Records Company**
5539 Eureka Drive
Suite B
Hamilton, Ohio 45011
United States

Phone: 513-795-0724
Fax: 513-275-1752
Toll free: 888-270-5784
www.therecordsco.com

**Bill to**
**Julian Sanders Law**
Ayushi Amin
3560 Lenox Rd. NE
Suite 1500
Atlanta, Georgia 30326
United States

404-941-9122

**Invoice Number:** SAND6474
**Invoice Date:** February 15, 2024
**Payment Due:** February 15, 2024
**Amount Due (USD):** $45.00

| Services | Price | Amount |
|---|---|---|
| **Billing Request**<br>Emory Hillandale Hospital - Billing Statements (1442821) | $10.00 | $10.00 |
| **Costs**<br>Provider/Copy/Admin Fee(s) | $35.00 | $35.00 |
| | **Total:** | $45.00 |
| | **Amount Due (USD):** | **$45.00** |

**Notes / Terms**

When you provide a check as payment, you authorize The Records Company to process your check electronically. Keep in mind that payment is due upon receiving the invoice. A late payment fee of 10% per day of the invoice balance may be applied after one day past due until paid. Federal Tax I.D.# 82-3755049.

Thanks for your business!

# BILLING STATEMENT

Your Client: Tia, Bennett,

**The Records Company**
5539 Eureka Drive
Suite B
Hamilton, Ohio 45011
United States

Phone: 513-795-0724
Fax: 513-275-1752
Toll free: 888-270-5784
www.therecordsco.com

**Bill to**

**Julian Sanders Law**
Ayushi Amin
3560 Lenox Rd. NE
Suite 1500
Atlanta, Georgia 30326
United States

404-941-9122

**Invoice Number:** SAND6479
**Invoice Date:** February 16, 2024
**Payment Due:** February 16, 2024
**Amount Due (USD):** $55.00

| Services | Price | Amount |
|---|---|---|
| **Billing Request**<br>Emory Hillandale Hospital - Radiologist Billing Statements (1442823) | $10.00 | $10.00 |
| **Costs**<br>Provider/Copy/Admin Fee(s) | $45.00 | $45.00 |
| | **Total:** | $55.00 |
| | **Amount Due (USD):** | $55.00 |

**Notes / Terms**

When you provide a check as payment, you authorize The Records Company to process your check electronically. Keep in mind that payment is due upon receiving the invoice. A late payment fee of 10% per day of the invoice balance may be applied after one day past due until paid. Federal Tax I.D.# 82-3755049.

Thanks for your business!

the Records Company™

# BILLING STATEMENT

Your Client: Tia, Bennett,

**The Records Company**
5539 Eureka Drive
Suite B
Hamilton, Ohio 45011
United States

Phone: 513-795-0724
Fax: 513-275-1752
Toll free: 888-270-5784
www.therecordsco.com

BILL TO
**Julian Sanders Law**
Ayushi Amin
3560 Lenox Rd. NE
Suite 1500
Atlanta, Georgia 30326
United States

404-941-9122

**Invoice Number:** SAND6472

**Invoice Date:** February 15, 2024

**Payment Due:** February 15, 2024

**Amount Due (USD):** **$137.20**

Pay Securely Online

| Services | Price | Amount |
|---|---|---|
| **Medical Request**<br>Emory Hillandale Hospital - Medical Records (1442820) | $10.00 | $10.00 |
| **Costs**<br>Provider/Copy/Admin Fee(s) | $127.20 | $127.20 |
| | **Subtotal:** | $137.20 |
| | **Total:** | $137.20 |
| | **Amount Due (USD):** | **$137.20** |

Pay Securely Online

VISA DISCOVER

link.waveapps.com/z7bjq2-4ffhw9u

**Notes / Terms**
When you provide a check as payment, you authorize The Records Company to process your check electronically. Keep in mind that payment is due upon receiving the invoice. A late payment fee of 10% per day of the invoice balance may be applied after one day past due until paid. Federal Tax I.D.# 82-3755049.

Thanks for your business!

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Application for Compensation of Special Counsel* by depositing a copy of the same in the United States Mail in an envelope properly addressed with sufficient postage to assure delivery on the individuals and entities below:

Jonathan S. Adams
Office of the United States Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Julian L. Sanders, Esq.
The Law Offices of Julian Sanders & Associates, LLC
3560 Lenox Road NE, Suite 1500
Atlanta, GA 30326

Craig Zander Black
The Craig Black Law Firm, LLC
Suite 200
5555 Glenridge Connector NE
Atlanta, GA 30342

Tia Renea Bennett
6554 Chupp Road, Unit 33102
Lithonia, GA 30058

This 13 day of January, 2026.

*/s/ Neil C. Gordon*
Neil C. Gordon